UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BYRON L. CONWAY,**
**ADC #113285**                                                                                          **PLAINTIFF**

v.                          CASE NO. 5:10cv00350 BSM/JTR

**RAY HOBBS, Director,**
**Arkansas Department of Correction, et al.**                        **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray have been reviewed. No objections have been filed. After carefully considering the proposed findings and recommended disposition, it is concluded that they should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Pursuant to the screening function mandated by 28 U.S.C. § 1915A, this case is DISMISSED, WITH PREJUDICE, because it is redundant of *Conway v. Jackson*, 5:10cv00225 JLH/BD.

2. Dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C. § 1915(g), because it is frivolous.

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

Dated this 20th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE