UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BYRON L. CONWAY,**
**ADC #113285**                                                                             **PLAINTIFF**

v.                     CASE NO. 5:10cv00350 BSM/JTR

**RAY HOBBS, Director,**
**Arkansas Department of Correction, et al.**                            **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, because it is redundant of *Conway v. Jackson*, 5:10cv00225 JLH/BD. Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment and the accompanying order of dismissal would not be taken in good faith.

Dated this 20th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE